## Thaxton MILLER, Appellant, v. UNITED STATES of America, Appellee.
### No. 7271.

Circuit Court of Appeals, Fifth Circuit.
April 30, 1934.

D. M. Powell and C. E. Hamilton, both of Greenville, Ala., and Richard T. Rives and Albert J. Pickett, Jr., both of Montgomery, Ala., for appellant.

Hartwell Davis, Asst. U. S. Atty., of Montgomery, Ala.

Before BRYAN, SIBLEY, and HUTCH-ESON, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA). Upon the authority of United States v. Chambers, 54 S. Ct. 434, 78 L. Ed. ——, 89 A. L. R. 1510, opinion filed February 5, 1934, the judgment is reversed and annulled.